UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CARRYL KELLY,

                     Plaintiff,                  No. 10-CV-296 (ADS) (WDW)

      v.

LA FITNESS INTERNATIONAL, LLC, d/b/a a/k/a LA    **NOTICE OF MOTION**
FITNESS, INC., LA FITNESS and LA FITNESS
SPORTS CLUBS, ANIBAL SERRANO a/k/a ANDY
SERRANO, AND LARRY FLAMMIA,

                     Defendants.
------------------------------------------------------------------- X

      PLEASE TAKE NOTICE that pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 6.1 of the Local Rules, as well as the accompanying Memorandum of Law, the Affidavit of Robert Bryant, dated April 22, 2010, and the Affidavit of Andrew S. Baron, dated April 23, 2010, and the exhibits annexed thereto, the undersigned attorneys for Defendants LA Fitness International, LLC, Anibal Serrano and Larry Flammia (collectively, "Defendants") will move before The Honorable Arthur D. Spatt at such time as shall be determined by the Court, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722, for an Order granting Defendants' motion to compel arbitration and to dismiss the complaint and/or granting such other relief to Defendants as the Court deems just and proper.

Dated: April 23, 2010                      WOLLMUTH MAHER & DEUTSCH LLP
       New York, New York

                                                        By: _____
                                                         William F. Dahill, Esq.
                                                         Andrew S. Baron, Esq.

                                                        500 Fifth Avenue
                                                        New York, New York 10110
                                                        Telephone: (212) 382-3300

                                                       *Attorneys for Defendants*