UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CARRYL KELLY,                                            :
                                                        :
                            Plaintiff,                  :        No. 10-CV-296 (ADS) (WDW)
                                                        :
            v.                                          :
                                                        :
LA FITNESS INTERNATIONAL, LLC, d/b/a a/k/a LA           :        **RULE 7.1**
FITNESS, INC., LA FITNESS and LA FITNESS                :        **DISCLOSURE STATEMENT**
SPORTS CLUBS, ANIBAL SERRANO a/k/a ANDY                 :
SERRANO, AND LARRY FLAMMIA,                             :
                                                        :
                            Defendants.                 :

---------------------------------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant LA Fitness International, LLC ("LA Fitness") discloses that LA Fitness is a privately

held, non-governmental company that has no parent corporation and there is no publicly held

company that owns 10% or more of its stock.

Dated:  New York, New York
        April 23, 2010


                            WOLLMUTH MAHER & DEUTSCH LLP


                            By:_____
                                William F. Dahill, Esq.
                                Andrew S. Baron, Esq.


                            500 Fifth Avenue
                            New York, New York 10110
                            Telephone: (212) 382-3300
                            Facsimile: (212) 382-0050


                            *Attorneys for Defendants LA Fitness International,*
                            *LLC, Anibal Serrano and Larry Flammia*