UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARRYL KELLY,

                                Plaintiff,

        - against -

**JUDGMENT**
CV-10-0296 (ADS)(WDW)

LA FITNESS INTERNATIONAL, LLC, d/b/a
a/k/a LAFITNESS INC., LA FITNESS and LA
FITNESS SPORTS CLUBS, ANIBAL SERRANO
a/k/a ANDY SERRANO, and LARRY FLAMMIA,

                                Defendants.
------------------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 9, 2010, granting defendants' motion to compel arbitration, granting defendants' motion to dismiss in its entirety, without prejudice to the plaintiff's right to proceed on her claims in arbitration, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendant's motion to compel arbitration is granted; that defendants' motion to dismiss is granted in its entirety, without prejudice to the plaintiff's right to proceed on her claims in arbitration; and that this case is hereby closed.

Dated: Central Islip, New York
       November 9, 2010

                                                 ROBERT C. HEINEMANN
                                                 CLERK OF THE COURT

                                  BY:    /S/ CATHERINE VUKOVICH
                                                     DEPUTY CLERK